GERALD WEINER, State Bar Number 046132
PROBSTEIN & WEINER
9696 Culver Blvd., Suite 205
Culver City, CA 90232
Phone (310) 836-1400
Fax (310) 836-1420
gbweiner@pwmusiclaw.com

Attorneys for Plaintiff

David Grace, Esq.
LOEB & LOEB
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067-4164
Phone: (310) 282-2108
Fax: (310) 282-2200

Attorney for Defendants
Carlton Books Ltd., dba Prion Books Ltd
and dba Carlton Publishing Group.

JS - 6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Conan Properties International, LLC, a Delaware Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>Piron Books, Ltd.; Carlton Publishing Group; Carlton Books Ltd.; and HarperCollins UK,<br><br>Defendants | CASE NO. CV 09-08369 DDP (SSx)<br><br>CONSENT JUDGMENT AND ORDER |

Pursuant to the Stipulation of the Parties and

FOR GOOD CAUSE SHOW,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

Plaintiff and Defendant Carlton Books, Ltd. ("Carlton") have stipulated that Plaintiff shall have judgment on the Complaint. Judgment in this action shall enter as follows:

1. Conan Properties International LLC ("CPI") owns rights, title and interest to the following stories protected by United States copyright registrations: "Black Colossus" (reg. no. B 211 038; renewal no. R 269 994), "Phoenix on the Sword" (reg. no. B 175 731; renewal no. R 250 145), "Pool of the Black One" (reg. no. B 211 042; renewal no. R 269 998), "Rogues in the House" (reg. no. B 246 430; renewal no. R 270 001), "Scarlet Citadel" (reg. no. B 175 732; renewal no. R 250 146), "Slithering Shadow" (reg. no. B 211 041; renewal no. R 269 997), "Tower of the Elephant" (reg. no. B 211 035; renewal no. R 269 991).

2. Carlton is enjoined from selling in and/or importing into the United States any books (including, but not limited to the book entitled *Conan the Barbarian*), containing the above-referenced Robert E. Howard stories for the remainder of the terms of copyright in the stories, except by license.

3. Among the many worldwide trademark registrations CPI owns in connection with the Conan intellectual property, CPI owns United States trademark registration numbers 1374714, 3607668, and 2522082 in Class 16 for the mark CONAN; and United States trademark registration number 2522083 in Class 16 for the mark CONAN THE BARBARIAN.

4. Carlton is permanently enjoined from selling in and/or importing into, the United States any books which utilize the above-referenced trademarks in their titles, except by license.

Therefore, pursuant to the foregoing stipulations;

IT IS ORDERED that judgment enter for Plaintiff on the Complaint. The Parties shall each bear its own costs and attorneys fees in this matter.

DATED : June 2, 2010

_____
The Honorable Hon. Dean D. Pregerson
United States District Judge